# Court of Appeals
# of the State of Georgia

ATLANTA,    August 23, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1706.  CARLINE JOSEPH v. BANK OF AMERICA**

The appeal in this case was docketed on May 13, 2016.  Appellant's brief and enumeration of errors were originally due on June 2, 2016.  On June 3, 2016, this Court ordered the Appellant to file her enumeration of errors and brief no later than June 13, 2016.  This Court granted an additional extension until August 1, 2016.  As of the date of this order, the Appellant has not filed her enumerations of error and brief.

Accordingly, Appellee's Motion To Dismiss this appeal is hereby GRANTED and the appeal is dismissed as abandoned. See Court of Appeals Rule 23 (a); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    08/23/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*